IN RE: ESTATE OF MARY K. JOHNSON, DECEASED.

December 6, 1977. Petition for certification is dismissed as having been improvidently granted. (See 73 *N. J.* 62)

STATE OF NEW JERSEY v. WILLIAM DANIEL DUNMEYER.

December 8, 1977. Petition for certification denied.

NORMAN N. RASMUSSEN v. BD. OF REVIEW, DEPARTMENT OF LABOR & INDUSTRY, STATE OF NEW JERSEY.

December 8, 1977. Petition for certification denied.

EDWARD 25X KING v. STATE OF NEW JERSEY, DEPT. OF CORRECTIONS & PAROLE.

December 8, 1977. Petition for certification denied.